FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 04-43350 -ABG |
| Case Name: | HARTWIG, CHRISTOPHER J |
| | HARTWIG, SHERRY K |
| Taxpayer ID No: | *******4298 |
| For Period Ending: | 01/29/08 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9081 BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/21/05 | 12 | SHERRY HARTWIG | | 1224-000 | 6,000.00 | | 6,000.00 |
| 03/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.37 | | 6,000.37 |
| 04/22/05 | 12 | Sherry Hartwig | Tax refund Income tax refund | 1224-000 | 2,000.00 | | 8,000.37 |
| 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.27 | | 8,001.64 |
| 05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.70 | | 8,003.34 |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.64 | | 8,004.98 |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.69 | | 8,006.67 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 4.09 | | 8,010.76 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 3.95 | | 8,014.71 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 4.08 | | 8,018.79 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 3.95 | | 8,022.74 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 4.09 | | 8,026.83 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 4.09 | | 8,030.92 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.72 | | 8,036.64 |
| 03/14/06 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 6.13 | 8,030.51 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.82 | | 8,037.33 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.61 | | 8,043.94 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.83 | | 8,050.77 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.62 | | 8,057.39 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.84 | | 8,064.23 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.85 | | 8,071.08 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.63 | | 8,077.71 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.86 | | 8,084.57 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.64 | | 8,091.21 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.87 | | 8,098.08 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.88 | | 8,104.96 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.22 | | 8,111.18 |

Page Subtotals     8,117.31     6.13

LFORM24     Ver: 12.61a

**FORM 2**

Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:         04-43350 -ABG  
Case Name:       HARTWIG, CHRISTOPHER J  
                 HARTWIG, SHERRY K  
Taxpayer ID No:  *******4298  
For Period Ending: 01/29/08  

Trustee Name:    JOSEPH E. COHEN  
Bank Name:       BANK OF AMERICA, N.A.  
Account Number / CD #:  *******9081  BofA - Money Market Account  

Blanket Bond (per case limit):  $ 5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/01/07 | 000302 | International Sureties, Ltd. Suite 500 203 Carondelet St. New Orleans, LA 70130 | Bond premium | 2300-000 | | 6.53 | 8,104.65 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.89 | | 8,111.54 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.67 | | 8,118.21 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.89 | | 8,125.10 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.68 | | 8,131.78 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.91 | | 8,138.69 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.91 | | 8,145.60 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 5.18 | | 8,150.78 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 5.20 | | 8,155.98 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 4.36 | | 8,160.34 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 3.90 | | 8,164.24 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 8,176.90 | 12.66 | 8,164.24 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 8,176.90 | 12.66 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 8,176.90 | 12.66 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - ********9081 | 8,176.90 | 12.66 | 8,164.24 |
|  | 8,176.90 | 12.66 | 8,164.24 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        59.59        6.53

Ver: 12.61a

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-43350 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | HARTWIG, CHRISTOPHER J | | Bank Name: | BANK OF AMERICA, N.A. |
| | HARTWIG, SHERRY K | | Account Number / CD #: | *******9081  BofA - Money Market Account |
| Taxpayer ID No: | *******4298 | | | |
| For Period Ending: | 01/29/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 |

Ver: 12.61a

LFORM24