UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| **HARTWIG, CHRISTOPHER J** | ) | Case No. 04-43350 |
| **HARTWIG, SHERRY K** | ) | |
| Debtor(s). | ) | Hon. **A. BENJAMIN GOLDGAR** |

**Notice of Trustee's Final Report, Hearing on Applications for Compensation, and
Hearing <u>on the Abandonment of Property by the Trustee</u>**

To the Debtor(s), Creditors and other Parties in Interest:

1.    NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

At:    Lakehurst Branch Court, 430 Lakehurst Rd, Room B, Waukegan, IL
On: **April 4, 2008**            Time: **2:00 p.m.**

2.    The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.    The Trustee's Final Report shows total:

| | |
|---|---|
| Receipts | $8,176.90 |
| Disbursements | $12.66 |
| Net Cash Available for Distribution | $8,164.24 |

4.    Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| <u>JOSEPH E. COHEN</u> *Trustee Compensation* | $0.00 | $1,567.69 | $0.00 |

5.    Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| NONE | | | |

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.
     Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | |

7.   Claims of general unsecured creditors totaling $29,107.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 13.36%.
     Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000010 | Advanta Bank Corp. General Unsecured 726 | $9,290.69 | $1,241.42 |
| 000007 | Citibank Usa Na General Unsecured 726 | $1,252.63 | $167.37 |
| 000008 | Citibank Usa Na General Unsecured 726 | $2,478.87 | $331.22 |
| 000001 | Deep Outdoors General Unsecured 726 | $6,641.27 | $887.40 |
| 000004 | Discover Bank General Unsecured 726 | $7,413.42 | $990.57 |
| 000005 | Kohl''S Department Store General Unsecured 726 | $268.64 | $35.90 |
| 000006 | Mbna America Bank Na General Unsecured 726 | $20,260.71 | $2,707.21 |
| 000009 | Midwest Verizon Wireless General Unsecured 726 | $532.19 | $71.11 |
| 000003 | Weezle Diving Services, Ltd. General Unsecured 726 | $1,230.00 | $164.35 |

8.   Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.   The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov.*  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.   Debtor(s) have been discharged.

11.   The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Timeshare | $5,000.00 |

Dated: **February 27, 2008**                    For the Court,


By:   **KENNETH S. GARDNER**
      CLERK OF BANKRUPTCY COURT


Trustee:        Joseph E. Cohen
Address:        105 West Madison Street
                Suite 1100
                Chicago, IL  60602-0000
Phone No.:      (312) 368-0300

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

District/off: 0752-1          User: amcc7              Page 1 of 1          Date Rcvd: Feb 27, 2008
Case: 04-43350               Form ID: pdf002          Total Served: 37

The following entities were served by first class mail on Feb 29, 2008.
```
db         +Christopher J. Hartwig,   262 Prairie Springs Drive,   Round Lake, IL 60073-9565
jdb        +Sherry K. Hartwig,   262 Prairie Springs Drive,   Round Lake, IL 60073-9565
aty        +John E Gierum,  Gierum & Mantas,   9700 W Higgins Rd, Ste 1015,   Rosemont, IL 60018-4712
tr         +Joseph E Cohen,  Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
8710439     Advanta Bank Corp.,  Welsh & McKean Rds,   PO Box 844,   Spring House, PA 19477-0844
8710440    +Bluestone Financial,   19501 W. Country Club Drive, Ste. 805,   Aventura, FL 33180-2474
8710441     Chase Manhattan Mortgage,   P.O. Box 78828,   Phoenix, AZ 85062-8828
8710451    +Citibank USA NA,  DBA: Home Depot,   PO Box 9025,   Des Moines, IA 50368-9025
8710442    +City Welding Sales & Service, Inc.,   7212 N. Channel Road,   Skokie, IL 60076-4080
8710443    +Continental Recovery And Filing Solution,   P.O. Box 1389,   Simi Valley, CA 93062-1389
8710444    +Deep Outdoors,  C/O William G. Shur,   111 West Washington St., Ste. 737,
            Chicago, IL 60602-2807
8710446    +First State Bank Of Round Lake,   1777 N. Cedar Lake Road,   Round Lake Beach, IL 60073-1878
8710447     GMAC,   900 Squirrel Road,   Auburn Hills, MI  48326
8710448     GMAC,  P.O. Box 466,   Orland Park, IL  60462-0466
8710449     GMAC Payment Processing Center,  P.O. Box 9001951,   Louisville, KY  40290-1951
8710450    +Gordon & Grey, Inc.,   6850 Canby Avenue, Ste. 112,   Reseda, CA 91335-8703
8710437    +HARTWIG CHRISTOPHER J,   262 Prairie Springs Drive,   Round Lake, IL 60073-9565
8710438    +HARTWIG SHERRY K,   262 Prairie Springs Drive,   Round Lake, IL 60073-9565
8710452    +Johnson Outdoor, Inc.,   1166-A Fesler Street,   El Cajon, CA 92020-1812
8710453    +Kohl's Department Store,   PO Box 740933,   Dallas, TX 75374-0933
8710454    +Law Offices Of Barry Serota & Assoc.,   P.O. Box 1008,   Arlington Heights, IL 60006-1008
8710456    +MBNA America,  P.O. Box 15102,   Wilmington, DE  19886-5102
8710455    +MBNA America Bank NA,   PO Box 15168 MS 1423,   Wilmington, DE  19850-5168
9461345    +Midwest Verizon Wireless,  AFNI/Verizon Wireless,   404 Brock Drive,
            Bloomington, IL 61701-2654
8710457    +NICOR (Northern Illinois Gas),  Attn: Bankruptcy & Collections,   PO Box 549,
            Aurora, IL 60507-0549
8710458    +Risk Management Alternatives, Inc.,   5101 Monument Avenue,   Richmond, VA 23230-3621
8710459    +Roatan Charter,  P.O. Box 877,   12251 Curley Street,   San Antonio, FL 33576-0877
8710460     SBC,  Bill Payment Center,   Chicago, IL 60663-0001
8710461    +Scubapro,  P.O. Box 70973,   Chicago, IL 60673-0001
8710462     Sovereign Legal Services,  Chavin Mill, Leeds Road,   Otley,  Leeds, UK  LS21 1BT
8710463    +State Collection Service, Inc.,  P.O. Box 6250,   2509 S. Stoughton Road,
            Madison, WI 53716-3314
8710465     Weezle Diving Services, Ltd.,   3 Calder Way, Daleswater Mews,   Waterside,
            Silsden West Yorks, UK  BD20 0QU
8710467     Westgate Resorts, Ltd.,   P.O. Box 4600,   Scottsdale, AZ  85261-4600
8710466     Westgate Resorts, Ltd.,   P.O. Box 29352,   Phoenix, AZ  85038-9352
```

The following entities were served by electronic transmission on Feb 28, 2008.
```
8710445     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 28 2008 02:47:18   Discover,   PO Box 30395,
            Salt Lake City, UT  84130-0395
9199511     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 28 2008 02:47:18   Discover Bank,
            Discover Financial Services,   PO Box 8003,   Hilliard, OH 43026
8710464    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Feb 28 2008 02:04:33   Verizon Wireless,
            777 Big Timber Road,   Elgin, IL 60123-1401
```
                                                                                  TOTAL: 3

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
9332486*   +Kohl's Department Store,   P O Box 740933,   Dallas, Tx 75374-0933
```
                                                                                  TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 29, 2008**                    **Signature:**   *Joseph Speetjens*