UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| In re: | § | Case No. 04-43350 ABG |
|---|---|---|
| HARTWIG, CHRISTOPHER J | § | |
| HARTWIG, SHERRY K | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on              .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____        By:/s/JOSEPH E. COHEN_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ADVANTA BANK CORP. | | | | | |
| CITIBANK USA NA | | | | | |
| CITIBANK USA NA | | | | | |
| DEEP OUTDOORS | | | | | |
| DISCOVER BANK | | | | | |
| KOHL"S DEPARTMENT STORE | | | | | |
| MBNA AMERICA BANK NA | | | | | |
| MIDWEST VERIZON WIRELESS | | | | | |
| UNITED STATES BANKRUPTCY COURT | | | | | |
| WEEZLE DIVING SERVICES, LTD. | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 04-43350   ABG   Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | HARTWIG, CHRISTOPHER J | | Date Filed (f) or Converted (c): | 11/22/04 (f) |
| | HARTWIG, SHERRY K | | 341(a) Meeting Date: | 01/27/05 |
| For Period Ending:  07/21/09 | | | Claims Bar Date: | 06/20/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 225,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. CASH | 40.00 | 0.00 | | 0.00 | 0.00 |
| 3. CHECKING | 50.00 | 0.00 | | 0.00 | 0.00 |
| 4. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. APPAREL | 900.00 | 0.00 | | 0.00 | 0.00 |
| 6. LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7. 401(K) | 27,000.00 | 0.00 | | 0.00 | 0.00 |
| 8. 401(K) | 15,000.00 | 0.00 | | 0.00 | 0.00 |
| 9. VEHICLE | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 10. CEMETARY PLOTS | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 11. TIME SHARE | 5,000.00 | 0.00 | | 0.00 | 0.00 |
| 12. INCOME TAX REFUND (u) | Unknown | 10,000.00 | | 8,000.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 184.33 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $279,990.00 | $10,000.00 | | $8,184.33 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS RECOVERED INCOME TAX REFUND DUE AND OWING TO DEBTORS.  BAR DATE FOR FILING CLAIMS HAS NOT ELAPSED.  TRUSTEE HAS ALSO REQUESTED ADDITIONAL RECORDS FROM THE DEBTOR.  TRUSTEE WILL REVIEW CLAIMS AND PREPARE FINAL REPORT.  FINAL REPORT FILED.  DISTRIBUTION MADE.  TRUSTEE TO DEPOSIT UNCLEARED FUNDS WITH CLERK OF THE COURT.

Initial Projected Date of Final Report (TFR): 11/30/05        Current Projected Date of Final Report (TFR): 03/31/08

LFORM1

UST Form 101-7-TDR (4/1/2009) *(Page: 6)*

Ver: 14.31c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 04-43350  -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | HARTWIG, CHRISTOPHER J | | Bank Name: | BANK OF AMERICA, N.A. |
| | HARTWIG, SHERRY K | | Account Number / CD #: | *******9081  BofA - Money Market Account |
| Taxpayer ID No: | *******4298 | | | |
| For Period Ending: | 07/21/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/21/05 | 12 | SHERRY HARTWIG | | 1224-000 | 6,000.00 | | 6,000.00 |
| 03/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.37 | | 6,000.37 |
| 04/22/05 | 12 | Sherry Hartwig | Tax refund | 1224-000 | 2,000.00 | | 8,000.37 |
| | | | Income tax refund | | | | |
| 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.27 | | 8,001.64 |
| 05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.70 | | 8,003.34 |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.64 | | 8,004.98 |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.69 | | 8,006.67 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 4.09 | | 8,010.76 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 3.95 | | 8,014.71 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 4.08 | | 8,018.79 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 3.95 | | 8,022.74 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 4.09 | | 8,026.83 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 4.09 | | 8,030.92 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.72 | | 8,036.64 |
| 03/14/06 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 6.13 | 8,030.51 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.82 | | 8,037.33 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.61 | | 8,043.94 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.83 | | 8,050.77 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.62 | | 8,057.39 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.84 | | 8,064.23 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.85 | | 8,071.08 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.63 | | 8,077.71 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.86 | | 8,084.57 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.64 | | 8,091.21 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.87 | | 8,098.08 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.88 | | 8,104.96 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.22 | | 8,111.18 |
| 03/01/07 | 000302 | International Sureties, Ltd. | Bond premium | 2300-000 | | 6.53 | 8,104.65 |
| | | Suite 500 | | | | | |

Ver: 14.31c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| | | |
|---|---|---|
| Case No: | 04-43350  -ABG | |
| Case Name: | HARTWIG, CHRISTOPHER J | |
| | HARTWIG, SHERRY K | |
| Taxpayer ID No: | *******4298 | |
| For Period Ending: | 07/21/09 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9081  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 203 Carondelet St. | | | | | |
| | | New Orleans, LA 70130 | | | | | |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.89 | | 8,111.54 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.67 | | 8,118.21 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.89 | | 8,125.10 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.68 | | 8,131.78 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.91 | | 8,138.69 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.91 | | 8,145.60 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 5.18 | | 8,150.78 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 5.20 | | 8,155.98 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 4.36 | | 8,160.34 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 3.90 | | 8,164.24 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 3.23 | | 8,167.47 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 1.94 | | 8,169.41 |
| 03/25/08 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 7.21 | 8,162.20 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.93 | | 8,164.13 |
| 04/08/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.33 | | 8,164.46 |
| 04/08/08 | | Transfer to Acct #*******6993 | Final Posting Transfer | 9999-000 | | 8,164.46 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account | *******9081 | | Balance Forward | 0.00 | | | |
| | | 2 | Deposits | 8,000.00 | 3 | Checks | 19.87 |
| | | 38 | Interest Postings | 184.33 | 0 | Adjustments Out | 0.00 |
| | | | | | 1 | Transfers Out | 8,164.46 |
| | | | Subtotal | $   8,184.33 | | | |
| | | | | | | Total | $   8,184.33 |
| | | 0 | Adjustments In | 0.00 | | | |
| | | 0 | Transfers In | 0.00 | | | |
| | | | Total | $   8,184.33 | | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 04-43350 -ABG |
| Case Name: | HARTWIG, CHRISTOPHER J |
| | HARTWIG, SHERRY K |
| Taxpayer ID No: | *******4298 |
| For Period Ending: | 07/21/09 |

| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6993  BofA - Checking Account |

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/08/08 | | Transfer from Acct #*******9081 | Transfer In From MMA Account | 9999-000 | 8,164.46 | | 8,164.46 |
| 05/15/08 | 003001 | JOSEPH E. COHEN 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,567.69 | 6,596.77 |
| * 05/15/08 | 003002 | Deep Outdoors C/O William G. Shur 111 West Washington St., Ste. 737 Chicago, IL 60602 | Claim 000001, Payment 13.36235% | 7100-004 | | 887.43 | 5,709.34 |
| * 05/15/08 | 003003 | Weezle Diving Services, Ltd. 3 Calder Way, Daleswater Mews Waterside Silsden West Yorks, UK BD20 OQU | Claim 000003, Payment 13.36260% | 7100-004 | | 164.36 | 5,544.98 |
| 05/15/08 | 003004 | Discover Bank Discover Financial Services PO Box 8003 Hilliard, OH 43026 | Claim 000004, Payment 13.36239% | 7100-000 | | 990.61 | 4,554.37 |
| 05/15/08 | 003005 | Kohl''s Department Store P O Box 740933 Dallas, Tx 75374 | Claim 000005, Payment 13.35989% | 7100-000 | | 35.89 | 4,518.48 |
| 05/15/08 | 003006 | MBNA America Bank NA PO Box 15168 MS 1423 Wilmington, DE 19850 | Claim 000006, Payment 13.36232% | 7100-000 | | 2,707.30 | 1,811.18 |
| 05/15/08 | 003007 | Citibank USA NA DBA: Home Depot PO Box 9025 Des Moines, IA 50368 | Claim 000007, Payment 13.36229% | 7100-000 | | 167.38 | 1,643.80 |
| 05/15/08 | 003008 | Citibank USA NA DBA: Home Depot PO Box 9025 | Claim 000008, Payment 13.36214% | 7100-000 | | 331.23 | 1,312.57 |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 9)*

Ver: 14.31c

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| | |
|---|---|
| Case No: | 04-43350  -ABG |
| Case Name: | HARTWIG, CHRISTOPHER J |
| | HARTWIG, SHERRY K |
| Taxpayer ID No: | *******4298 |
| For Period Ending: | 07/21/09 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6993  BofA - Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Des Moines, IA 50368 | | | | | |
| | 05/15/08 | 003009 | Midwest Verizon Wireless | Claim 000009, Payment 13.36177% | 7100-000 | | 71.11 | 1,241.46 |
| | | | AFNI/Verizon Wireless | | | | | |
| | | | 404 Brock Drive | | | | | |
| | | | Bloomington, IL 61701 | | | | | |
| | 05/15/08 | 003010 | Advanta Bank Corp. | Claim 000010, Payment 13.36241% | 7100-000 | | 1,241.46 | 0.00 |
| | | | Welsh & McKean Rds | | | | | |
| | | | PO Box 844 | | | | | |
| | | | Spring House, PA 19477-0844 | | | | | |
| * | 03/11/09 | 003002 | Deep Outdoors | Stop Payment Reversal | 7100-004 | | -887.43 | 887.43 |
| | | | C/O William G. Shur | STOP PAY ADD SUCCESSFUL | | | | |
| | | | 111 West Washington St., Ste. 737 | | | | | |
| | | | Chicago, IL  60602 | | | | | |
| * | 03/11/09 | 003003 | Weezle Diving Services, Ltd. | Stop Payment Reversal | 7100-004 | | -164.36 | 1,051.79 |
| | | | 3 Calder Way, Daleswater Mews | STOP PAY ADD SUCCESSFUL | | | | |
| | | | Waterside | | | | | |
| | | | Silsden West Yorks, UK  BD20 OQU | | | | | |
| | 03/11/09 | 003011 | United States Bankruptcy Court | Claims No. 000001 and 000003 | | | 1,051.79 | 0.00 |

| Account  *******6993 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 13 | Checks | 8,164.46 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $      0.00 | | | |
| | | | | | Total | $    8,164.46 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 8,164.46 | | | |
| | | Total | $    8,164.46 | | | |

Ver: 14.31c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  5

Exhibit 9

| Case No: | 04-43350  -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | HARTWIG, CHRISTOPHER J | Bank Name: | BANK OF AMERICA, N.A. |
| | HARTWIG, SHERRY K | Account Number / CD #: | *******6993  BofA - Checking Account |
| Taxpayer ID No: | *******4298 | | |
| For Period Ending: | 07/21/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Report Totals | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 2 | Deposits | 8,000.00 | 16 | Checks | 8,184.33 | |
| 38 | Interest Postings | 184.33 | 0 | Adjustments Out | 0.00 | |
| | | | 1 | Transfers Out | 8,164.46 | |
| | Subtotal | $ 8,184.33 | | | | |
| | | | | Total | $ 16,348.79 | |
| 0 | Adjustments In | 0.00 | | | | |
| 1 | Transfers In | 8,164.46 | | | | |
| | Total | $ 16,348.79 | | Net Total Balance | $ 0.00 | |